# United States District Court
## Northern District of Illinois
Eastern Division

Ethel Williams, et al.                          **JUDGMENT IN A CIVIL CASE**

        v.                                             Case Number: 05 C 4673

Pat Quinn, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Class Counsel and against defendants in the amount of $1,990,000 representing attorney fees, costs, and expenses.

                                                 Michael W. Dobbins, Clerk of Court

Date: 9/29/2010                            _____
                                         /s/ Carol Wing, Deputy Clerk