# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ETHEL WILLIAMS, et al., | ) |
| Plaintiffs, | ) No. 05 C 4673 |
| vs. | ) Judge Hart |
| | ) Magistrate Judge Denlow |
| PAT QUINN, et. al., | ) |
| Defendants. | ) |

## AGREED MOTION TO ENTER JUDGMENT ORDER

Pursuant to the approved Consent Decree in this case, Plaintiffs and Defendants respectfully move that this Court enter a Judgment Order reflecting reasonable costs and expenses incurred by Class Counsel.

1. The Consent Decree (Decree) was approved on September 29, 2010. (Dkt. No. 326.) The Decree states that in full settlement of all out-of-pocket costs and expenses (not including attorneys' fees) incurred by Class Counsel through approval of the Decree, Defendants shall pay Class Counsel such costs and expenses and that the amount shall be set forth in a Judgment Order to be entered by the Court. (Decree ¶22.)

2. An Amended Judgment was entered by the Court on November 1, 2010 (Dkt. No. 335) in favor of Class Counsel and against Defendants in the amount of $1,990,000 representing attorneys' fees only. The accompanying Order directed the parties to follow the procedure set forth in Paragraph 22 of the Decree concerning costs and expenses. (Dkt. No. 334 ¶4.)

3. The parties have agreed to the amount of $401,828.58 representing Class Counsels' reasonable out-of-pocket costs and expenses.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter the attached Judgment Order in the amount of $401,828.56, reflecting the agreed amount of costs and expenses incurred by Class Counsel.

Dated: February 15, 2011

Respectfully submitted,

By: ____/s/ Benjamin S. Wolf_____
One of the attorneys for Plaintiffs
THE ROGER BALDWIN FOUNDATION OF
THE AMERICAN CIVIL LIBERTIES
UNION OF ILLINOIS
Benjamin S. Wolf
Lori Nicole Turner
180 North Michigan Avenue
Suite 2300
Chicago, Illinois 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

EQUIP FOR EQUALITY
Barry C. Taylor
Amy F. Peterson
Laura Miller
John Whitcomb
20 N. Michigan, #300
Chicago, IL 60602
Telephone: (312) 341-0022
Facsimile: (312) 341-0295

ACCESS LIVING
Edward B. Mullen, III
Patricia Werner
115 West Chicago Avenue
Chicago, IL 60610
Tel: (312) 640-2100
Fax: (312) 640-2139

THE BAZELON CENTER FOR MENTAL HEALTH LAW
Ira Burnim
Karen Bower
1101 15th Street, NW
Suite 1212
Washington, DC 20005
Telephone: 202-467-5730
Facsimile: 202-223-0409

KIRKLAND & ELLIS, LLP
Donna M. Welch, P.C.
Joseph M. Russell
Angela Dickson Marston
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200


By: \_\_\_\_/s/ Brent D. Stratton_____
   One of the attorneys for Defendants

THOMAS A. IOPPOLO   #1303686
BRENT D. STRATTON   #6188216
KATHLEEN KREISEL FLAHAVEN #6180961
Assistant Attorneys General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-7198

KAREN KONIECZNY   #1506277
JOHN E. HUSTON   #3128039
CHRISTOPHER S. GANGE   #6255970
Assistant Attorneys General
160 North LaSalle Street, Suite N-1000
Chicago, IL 60601
(312) 793-2380