IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ETHEL WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05 C 4673 |
| | ) | |
| PAT QUINN, et al., | ) | Judge Hart |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER MODIFYING CONSENT DECREE**

This matter is before the Court on the Parties' Agreed Motion for Modifications of the Consent Decree.

**IT IS HEREBY ORDERED:**

1) The Consent Decree is modified as follows:

   a) Paragraph VI(8)(E) of the Consent Decree is modified to require that, by the end of the fourth year after finalization of the Implementation Plan, Defendants will have offered placement to at least seventy percent (70%) of all Class Members who have not declined to take part in an Evaluation as of April 11, 2014.

   b) New subparagraph VI(8)(i) shall read:

   During the pendency of this Decree, if IMDs authorized to operate as "Specialized Mental Health Rehabilitation Units" (SMHRFs) admit persons to "non-residential triage centers," with a length of stay no more than 23 hours, or admit persons to "crisis stabilization units," with a length of stay no more than 21 days, these persons will not be included in any calculation of the Class Members who have not declined to take part in an evaluation, or other means of calculating the number of Class Members who must be offered placement in a Community-Based Setting, or in any calculation of the number of Class Members who have transitioned to a Community-Based Setting.

2) Defendants will submit by July 17, 2014 proposed amendments to the Implementation Plan to address the following issues:

    a. further enhancing the outreach process to Class Members;

    b. further enhancing the annual evaluation process; and

    c. based in part on the information provided by the evaluations conducted pursuant to subparagraph (b) above, developing appropriate enhancements to Community-Based Services and supports, consistent with Paragraphs 5 and 7(e) of the Consent Decree, to permit more Class Members successfully to transition to the community.

Entered: July 2, 2014

_____
Honorable William T. Hart
United States District Court Judge