IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ETHEL WILLIAMS *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05 C 4673 |
| v. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| JB PRITZKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LENIL COLBERT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 4737 |
| v. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| JB PRITZKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

The Court Monitor submitted Action Plans in the above cases. (Williams Doc. No. 548; Colbert Doc. No. 385.) These Action Plans are agreed to by the Parties. These Action Plans are effective as of December 2, 2020, and shall remain in place for six months from that date or until the Court Monitor concludes, after consultation with the Parties, that significant improvements in the form of reduced COVID-19 infection and mortality rates, widespread vaccine delivery, and/or other relevant factors support expectations that Class Member transitions can safely and effectively resume at a pace meeting or exceeding pre-pandemic levels.

IT IS HEREBY ORDERED THAT the Action Plans are adopted and entered as Orders of the Court.

Dated: April 6, 2021          SO ORDERED: _____
                                           Judge Joan Humphrey Lefkow