**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ETHEL WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05 C 4673 |
| vs. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| JB PRITZKER, in his official capacity as | ) | |
| Governor of the State of Illinois, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter came on for hearing before the Court on a status hearing on July 27, 2021. Being fully advised,

IT IS HEREBY ORDERED:

1. Defendants shall revise Defendants' Fiscal Year 2022 Implementation Plan (Doc. No. 564) as set forth below, and shall file an amended Final FY2022 Implementation Plan reflecting those revisions.

2. Regarding the issue of deadlines for assessments of Class Members, the Court accepts the Court Monitor's recommendation that the language for IP# A1 not change but that Defendants revise the first line of the third paragraph on Page 12 of 22 (PageID #:8834) so that it reads: "An Initial Assessment is to be initiated by the assigned Prime Agency…."

3. The Court also accepts the Court Monitor's recommendation that, on Page 14 of 22 (PageID #:8836), Defendants add to the text in the Expected Improvement/Outcome column for IP# SP3: "85% of Class Members who complete outreach and agree to proceed with the transition process will have their Service Plans completed within 59 days of a positive outreach

outcome." Defendants will also add text responding to the Court's request that assessments will be sufficiently completed before proceeding to the service planning phase.

4. Regarding the issue of recommendations for permanent supportive housing, the Court accepts the Court Monitor's recommendation to not change the Expected Improvement/Outcome for IP# T2 on Page 15 of 22 (PageID #:8837).

5. Regarding the issue of offers of bridge subsidies, the Court accepts the Court Monitor's recommendation that Defendants insert Plaintiffs' requested footnote, as set out in their July 16, 2021 filing (Doc. No. 564 at 7).

Entered: August 18, 2021

Joan Humphrey Lefkow
United States District Court Judge