# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Williams et al. v. Pritzker et al.    Case Number: 05-cv-4673

An appearance is hereby filed by the undersigned as attorney for:

Defendants

Attorney name (type or print): Karyn L. Bass Ehler

Firm: Office of the Illinois Attorney General

Street address: 100 W. Randolph Street, 12th Floor

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6285713    Telephone Number: 312-814-3000
(See item 3 in instructions)

Email Address: Karyn.BassEhler@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/1/2021

Attorney signature:    S/ Karyn L. Bass Ehler
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015