# *Williams v. Pritzker*
## Case No. 05-C4673 (N.D. Ill.)

# *Colbert v. Pritzker*
## Case No. 07-C4737 (N.D. Ill.)

## Proposed Selection and Transition Plan to New Court Monitor:
## March 10, 2022 – June 30, 2022

**Gail P. Hutchings, MPA**
Court Monitor

**April 6, 2022**

The appointed Court Monitor to the *Williams v Pritzker* (Case No. 05-C4673 [N.D. Ill.]) and *Colbert v Pritzker* (Case No. 07-C4737 [N.D. Ill.]) Consent Decrees, Gail P. Hutchings, M.P.A., filed her written resignation notice to the Court on March 10, 2022, with an effective date of June 30, 2022. In such, she committed to provide the Court with a Proposed Transition Plan that would specify planned major activities and deadlines from now until the end of her service date.

In addition to identifying traditional Court Monitor activities, the Proposed Plan is to include steps to facilitate the Court and Parties to:
- identify potential Court Monitor candidates;
- coordinate the applicant interview processes; and
- keep the Court informed about progress with recruitment, including if the Parties come to agreement on a recommendation for the new Court Monitor.

The Court Monitor developed a draft Proposed Transition Plan and submitted it to the Parties for comment on March 28, 2022. She considered the Parties' feedback and then produced a final Proposed Transition Plan that follows below.

**If the Proposed Transition Plan is acceptable to the Court, the Court Monitor requests the Court to issue a Minute Order denoting agreement with the Transition Plan and providing the Monitor with the authority to adjust the Plan as may be necessary to facilitate the Parties' recommendation to the Court of the successor Monitor.**

The Court Monitor will provide an update the Court regarding the status of Transition Plan implementation including progress with Court Monitor candidate interviews during the next Status Hearing on April 20, 2022.

| | *Williams* and *Colbert* Consent Decrees<br>**Proposed Selection and Transition Plan to New Court Monitor:**<br>**March 10, 2022 – June 30, 2022**<br>**(Court Filing: April 6, 2022)** | |
|---|---|---|
| **Target Date/ Deadline** | **TRACK 1:**<br>**(Current) Court Monitor and Parties Major Activities** | **TRACK 2:**<br>**Recruitment/Selection of New Court Monitor** |
| March 10, 2022 | | Court Filing: Court Monitor resignation letter |
| March 15, 2022 | | Invite Parties to identify candidates |
| March 15 - April 14, 2022 | | Employ national network to identify potential Court Monitor candidates |
| March 28, 2022 | Propose Transition Plan to Parties and invite feedback | |
| April 5, 2022 | Consider Parties' feedback and produce final Proposed Transition Plan | |
| April 6, 2022 | **Court Filing: Final Proposed Transition Plan; Request Minute Order** | |
| April 7, 2022 | | Propose applicant interview and selection process to Parties and invite feedback |
| April 13, 2022 | | Consider feedback and produce final applicant interview and selection process; distribute to Parties |
| April 15, 2022 | | Application deadline for Court Monitor candidates |
| April 15, 2022 | File Court Monitor mid-term transition compliance assessment report with Court | |
| April 18, 2022 | | Batch and provide candidate materials to Parties |
| April 19, 2022 | Small Parties Meeting: discussion of Defendants' compliance plans and kick-off for FY23 Implementation Plans | |
| April 20, 2022 | **Status Hearing** | |
| April 22, 2022 | | Parties identify candidates to interview and provide interview availability |
| April 26, 2022 | | Schedule interviews |
| April 28 – May 12, 2022 | | Candidate interviews |
| May 13, 2022 | | Party selection(s) and meeting to discuss and attempt to reach consensus |
| May 17, 2022 | | Parties' agreement on Candidate → Parties' Court filings requesting Judge's approval and order naming new Court Monitor |
| May 20, 2022 | | Parties' disagreement on Candidate → Parties' Court filings with recommendation and rationale for Court Monitor recommendation |
| May 25, 2022 | | If needed: Court Hearing for Judge to select new Court Monitor |
| June 10, 2022 | | DHS/DMH contract with new Court Monitor |
| June 13, 2022 | | New Court Monitor start date |
| June 24, 2022 | | Orientation sessions between current and new Court Monitors |
| June 29, 2022 | FY23 Implementation Plans – Court filings | |
| June 30, 2022 | | Current Monitor resignation effective date |

2